**Donald Ray COPLEY, Plaintiff–Appellant**

v.

**State of MISSOURI, Defendant–Appellee.**

**No. 13–3628.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 18, 2014.

Filed: July 28, 2014.

Donald Ray Copley, Joplin, MO, pro se.

Nicolas Taulbee, Asst. Atty. Gen., Kansas City, MO (Chris Koster, Atty. Gen., Jefferson City, MO, on the brief), for appellee.

Before BYE, SMITH, and KELLY, Circuit Judges.

[Unpublished]

PER CURIAM.

Donald Copley appeals after the district court[1] dismissed his civil action, and denied his post-judgment motion.[2] We deny Copley's pending motions for a transcript and a change of venue; and following our careful review of the record before us, we conclude that the district court did not abuse its discretion in denying the post-judgment motion, because Copley did not present circumstances justifying relief. *See In re Guidant Corp. Implantable Defibrillators Prod. Liab. Litig.,* 496 F.3d 863, 866 (8th Cir.2007) (standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

2. The appeal was dismissed as untimely as to the entry of final judgment, and has been allowed to proceed only as to the order denying post-judgment relief.